IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MARK JOSEPH WATSON,** §<br>　*Plaintiff,* §<br>§<br>v. §<br>§<br>**TEXAS MUNICIPAL LEAGUE** §<br>**INTERGOVERNMENTAL RISK** §<br>**POOL,** §<br>　*Defendant.* § | MO:24-CV-00137-DC |

## ORDER

The Court, in receipt of Mark Joseph Watson's proof of payment of sanctions[1] owed in *Watson v. Texas State University,* 829 F. App'x 686 (5th Cir. 2020)[2], **ORDERS** this case **REOPENED**.[3] Mr. Watson may now file his civil pleading in the above captioned cause.

It is so **ORDERED**.

SIGNED this 2nd day of October, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 18.

[2] *Id.* ("Until our sanction is paid in full, Watson is barred from filing any pro se civil appeal in this court or any pro se initial civil pleading in any court that is subject to our court's jurisdiction, without advance written permission of a judge of the court in which he seeks to file.").

[3] *See* ECF No. 16.